IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROGER DALE MCCRANIE                                                                         PLAINTIFF

VS.                                                        CIVIL ACTION NO. 5:06CV4DCB-JCS

AMERICAN GENERAL PROPERTY
INSURANCE COMPANY                                                                       DEFENDANT

ORDER OF DISMISSAL

This cause having come on for hearing, and the Court, being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be adjudicated or determined by the Court, finds that the same should be dismissed with prejudice in its entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be, and hereby is, dismissed with prejudice in its entirety, with each party to bear its own costs.

So ORDERED AND ADJUDGED, this the 14th day of March, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

S/*Tim David Blalock*
Tim David Blalock
Attorney for Plaintiff
MSB #3375