# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ROGER MCCRANIE**                                    **PLAINTIFF**

**VS.**                                                  **NO. 5:06cv00004DCB-JCS**

[FILED APR 24 2006 — J. T. NOBLIN, CLERK]

**BALBOA INSURANCE COMPANY**                  **DEFENDANT**

## AGREED ORDER OF DISMISSAL

THIS DAY this cause having come on to be heard on the joint motion of the parties *ore tenus*, and the Court being fully advised in the premises that the parties have reached settlement in this matter does hereby find that this case should be dismissed with prejudice with each party to bear its own cost.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled cause of action should be and hereby is dismissed with prejudice and that each party should bear its own cost.

SO ORDERED AND ADJUDGED on this the 12 day of april, 2006.

_____
UNITED STATES DISTRICT JUDGE

_____
Tim David Blalock (MSB #3375)
Attorney for Plaintiff

_____
G. Dewey Hembree, III (#2247)
Attorney for Defendant